UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ELVY WOODARD, WILLIAM ADAMS a/k/a GORDON KEITH, ALAN MICHAEL ROGERS and RIPPLES AND WAVES;<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL JACKSON, TITO JACKSON, MARLON JACKSON, JACKIE JACKSON, JERMAINE JACKSON, JOSEPH JACKSON, THE JACKSON FIVE, UNIVERSAL MUSIC GROUP, a California corporation, as successor in interest to MOTOWN RECORD CORPORATION, a dissolved Michigan Corporation, and MOTOWN RECORD CORPORATION OF CALIFORNIA, INC., a dissolved California corporation, and DOES 1 THROUGH 100, inclusive,<br><br>Defendants. | CASE NO. 1:03-cv-0844-DFH |

JUDGMENT AWARDING ATTORNEY FEES

The court having this day granted the attorney fee petitions filed by plaintiffs, it is hereby ORDERED, ADJUDGED, AND DECREED that plaintiffs' attorney Norman Reed recover from defendants Tito Jackson, Marlon Jackson, Jermaine Jackson, and Jackie Jackson, jointly and severally, the sum of Three Thousand Five Hundred Thirty Dollars ($3,530.00), and that plaintiffs' counsel Gerald Roberts recover from defendants Tito Jackson, Marlon Jackson, Jermaine

-2-

Jackson, and Jackie Jackson, jointly and severally, the sum of Eleven Hundred Twenty Dollars ($1,120.00).

Date:  November 10, 2005

_____
DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____
    Deputy Clerk, U.S. District Court

Copies to:

Scott H. Bauman
MITCHELL SILBERGERG & KNUPP
shb@msk.com mec@msk.com

Ronald E. Elberger
BOSE MCKINNEY & EVANS, LLP
relberger@boselaw.com

Jeffrey D. Goldman
MITCHELL SILBERBERG & KNUPP LLP
jdg@msk.com

Scott D. Himsel
BAKER & DANIELS
sdhimsel@bakerd.com

Andrew M. McNeil
BOSE MCKINNEY & EVANS, LLP
amcneil@boselaw.com kschuster@boselaw.com;cthomas@boselaw.com

Monica Salina Morris
LAW OFFICE OF MONICA S. MORRIS
lakefct@aol.com

Kathy Lynn Osborn
BAKER & DANIELS
klosborn@bakerd.com keisha.graham@bakerd.com

Norman L. Reed
reedsmithlaw@aol.com

Gerald Wayne Roberts
MAGINOT MOORE & BECK
GWRoberts@Maginot.com lamasson@maginot.com

N. Kent Smith
HALL RENDER KILLIAN HEATH & LYMAN
ksmith@hallrender.com bsharp@hallrender.com

Oren J. Warshavsky
GIBBONS DEL DEO GRIFFINGER & VECCHIONE
owarshavsky@gibbonslaw.com

-4-

Russell J. Frackman
MITCHELL SILBERBERG & KNUPP LLP
Trident Center
11377 W Olympic Blvd.
Los Angeles, CA 90064-1683